**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7302

WESLEY CARROLL,

                Plaintiff - Appellant,

        v.

DEPARTMENT OF THE ARMY, U.S. Army Records Management and
Declassification Agency,

                Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.   Jackson L. Kiser, Senior
District Judge.  (4:11-cv-00022-JLK)

Submitted:  January 4, 2012           Decided:  January 12, 2012

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wesley Carroll, Appellant Pro Se.  Thomas Linn Eckert, Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Carroll appeals the district court's order granting the Defendant's motion to dismiss his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carroll v. Dep't of the Army, No. 4:11-cv-00022-JLK (W.D. Va. Aug. 22, 2011). We deny Carroll's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED